UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHALEDA BUSBEE, | : | CIVIL NO.: 1:20-CV-02401 |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| Defendants. | : | |

**ORDER**
July 1, 2021

On July 1, 2021, the parties submitted a joint status report explaining that settlement negotiations are ongoing and requesting that the current stay remain in effect. *Doc. 17*. We will not disturb the stay, and **IT IS ORDERED** that the parties shall continue their settlement negotiations and file a joint status report on or before **September 1, 2021**.

**IT IS FURTHER ORDERED** that, in order to facilitate the settlement process, all communications between the parties from now until the submission of their joint status report shall be deemed settlement discussions.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge